**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7050**

---

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

ELISEO GANDARILLA MENDIOLA, a/k/a Chao,

          Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:15-cr-00161-D-1)

---

Submitted:  March 11, 2025                                Decided:  March 14, 2025

---

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Eliseo Gandarilla Mendiola, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eliseo Gandarilla Mendiola appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Mendiola's informal brief does not challenge the basis for the district court's disposition of his § 3582 motion, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*